IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOYCE LEE BULLOCK**                                                              **PLAINTIFF**

v.                                                              Civil No. 1:22-cv-129-HSO-BWR

**JOYCE BULLOCK IMPERSONATOR, and**
**81ST LOGISTICS AND READINESS SQ**                            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 14th day of February, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE